REC'D
FILED
CHARLOTTE, N. C.
JUL 26 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>SHERRY SENTER SULLIVAN, )<br>Defendant, )<br> )<br>and )<br> )<br>JOHNSON COUNTY HEALTH CTR. )<br>Garnishee. )<br>_____ ) | CASE NO. 5:03CR49-1-V<br>(Financial Litigation Unit) |

FILED
STATESVILLE, N.C.
AUG 3 2006
U.S. DISTRICT COURT
W. DIST. OF NC

## CONSENT ORDER OF CONTINUING GARNISHMENT

The parties, the United States of America, the defendant, and the garnishee, agree and stipulate as follows:

1. The defendant's name is Sherry Senter Sullivan, ("Sullivan"), social security number XXX-XX-8417, and the last known address is: PO Box 1912, West Jefferson, NC 28694.

2. A judgment was entered against the defendant in this action wherein she was ordered to pay an assessment, fine and/or restitution in the amount of $1,776,984.40. The parties agree and stipulate that the total balance due is $1,776,294.40, as of May 23, 2006.

3. The garnishee has in its possession, custody or control property of the defendant in the form of wages paid to the defendant.

4. The defendant waives service of an application for a writ of continuing garnishment as required by 28 U.S.C. §3205, and further waives his/her right to a hearing under said statute and any other process to which the defendant may be entitled under 28 U.S.C. §3205, and further waives

her right to a hearing under said statute and any other process to which the defendant may be entitled under 28 U.S.C. §3001. et. seq.

5. The garnishee waives service of an application for a writ of continuing garnishment as required by 28 U.S.C. §3205, and further waives its right to answer and waives being heard in this matter and any other process to which the garnishee may be entitled under 28 U.S.C. §3001. et. seq.

6. The defendant agrees and stipulates that her wages are subject to garnishment under 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Consent Order in Garnishment is proper.

7. The parties agree and stipulate to the entry of a Consent Order of Continuing Garnishment against the non-exempt wages of the defendant. It is expressly agreed and stipulated to by the parties that the garnishee pay the plaintiff up to $100.00 per month ($50.00 per pay period) and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this court. *See* 15 U.S.C. 1673.

8. Payments should be made payable to the United States Clerk of Court and mailed to the United States Clerk of Court, 401 West Trade Street, Charlotte, NC 28202.

Respectfully submitted,

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

JENNIFER A. YOUNGS
ASSISTANT UNITED STATES ATTORNEY
NCSB# 23925
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222

Agreed and Consented to:

_____
SHERRY SENTER SULLIVAN
Defendant

_____
CLAIRE J. RAUSCHER
Attorney for Defendant Sullivan

_____
Registered Agent fo Garnishee
JOHNSON COUNTY HEALTH CTR.

Agreed and Consented to:

_____
SHERRY SENTER SULLIVAN
Defendant

_____
CLAIRE J. RAUSCHER
Attorney for Defendant Sullivan

_____
Registered Agent fo Garnishee
JOHNSON COUNTY HEALTH CTR.

3

APPROVED AND SO ORDERED this the 1st day of August, 2006.

_____
**UNITED STATES DISTRICT JUDGE**