IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 5:03CR49-V |
| | ) | |
| SHERRY SENTER SULLIVAN | ) | |
| | ) | |
| | ) | |

## ORDER

**UPON CONSIDERATION** of defendant's unopposed Motion for Early Termination of Probation, the motion is hereby **GRANTED**. The defendant has voluntarily agreed to a continuing garnishment of wages for the remaining balance of her restitution. The garnishment order was issued on August 3, 2006.

Signed: September 20, 2006

Richard L. Voorhees
United States District Judge