**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. DNCW5:03-CR-00049-RLV-DCK**

| | | |
|---|---|---|
| **USA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SHERRY SENTER SULLIVAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

       **THIS MATTER IS BEFORE THE COURT** on the USA's "Motion for Dismissal of Consent Order of Continuing Garnishment" (Document No. 20) filed January 10, 2013. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

       **IT IS, THEREFORE ORDERED** that the "Motion for Dismissal of Consent Order of Continuing Garnishment" (Document No. 20) is **GRANTED.** The Consent Order of Continuing Garnishment filed on August 3, 2006 (Document No. 18) is **DISMISSED**.

Signed: January 15, 2013

David C. Keesler
United States Magistrate Judge