IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>SHERRY SENTER SULLIVAN )<br>      Defendant, )<br>)<br>and )<br>)<br>SCOTT FISHER ENTERPRISES LLC, )<br>      Garnishee. ) | CASE NO. DNCW5:03CR49-1<br>(Financial Litigation Unit) |

### DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 32) of the United States filed March 22, 2016. For the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 32) is **GRANTED**, and the Order of Continuing Garnishment filed in this case against Defendant Sherry Senter Sullivan is **DISMISSED**.

Signed: March 25, 2016

_____
David C. Keesler
United States Magistrate Judge