IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW5:03CR49-1 |
| | ) | (Financial Litigation Unit) |
| SHERRY SENTER SULLIVAN | ) | |
|     Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CROSSROADS HARLEY-DAVIDSON, | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF CONSENT ORDER OF GARNISHMENT**

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Dismissal Of Consent Order Of Garnishment" (Document No. 35) filed February 9, 2017. Having carefully considered the motion, and for the reasons stated therein and for good cause shown, it is therefore ORDERED that Plaintiff's "Motion For Dismissal Of Consent Order Of Garnishment" (Document No. 35) is **GRANTED,** and the Consent Order of Garnishment filed in this case against Defendant Sherry Senter Sullivan is **DISMISSED**.

Signed: February 9, 2017

David C. Keesler
United States Magistrate Judge